# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT, INC. TELEPHONE CONSUMER PROTECTION ACT LITIGATION | MDL No. 2286-MMA (MDD)<br><br>**ORDER VACATING AND RESETTING STATUS HEARING** |

A Status Hearing is currently scheduled in this multi-district litigation for November 18, 2016 at 9:00 a.m.  Due to a conflict with the Court's calendar, the Court hereby **VACATES** and **RESETS** the Status Hearing for **December 5, 2016 at 3:00 p.m.** The parties' joint status report must be filed on or before **November 28, 2016**.

   **IT IS SO ORDERED**.

DATE: October 26, 2016

HON. MICHAEL M. ANELLO
United States District Judge

1